*U.S. v. Moffett, 118-cr-10249-WGY*
As of: November 29, 2019
### EXHIBIT LIST

| Exhibit Letter | Exhibit Description | USAO Bates Number | Native Bates Number |
|---|---|---|---|
| A | 2013.12.10 Aegerion Letter to Moffett | USAO-MA-00001447 | AEGR0019233 |
| B | Moffett W4 Form Signed 2016.01.13 | USAO-MA-00001450 | AEGR0019236 |
| C | Moffett Direct Deposit Form | USAO-MA-00001452 | AEGR0019238 |
| D | Moffett Employment Eligibility Verification | USAO-MA-00001457 | AEGR0019243 |
| E | Moffett Employment Paperwork for Aegerion | USAO-MA-00001461 | AEGR0019247 |
| F | Moffett Employee Signature 2014.01.13 | USAO-MA-00001467 | AEGR0019253 |
| G | Moffett Employment Agreement 2014.01.27 | USAO-MA-00001468 | AEGR0019254 |
| H | ███████ Denial and Appeal Letters - Springfield Clinic Fax to Compass 2015.06.01 | USAO-MA-00031197 | AEGR4347178 |
| I | ████████ Medical Record | USAO-MA-00032845 | SCJX-000098 |
| J | ███████ Medical Record | USAO-MA-00031071 | SCJX-000314 |
| K | ████████ Medical Record | USAO-MA-00032290 | SCJX-000578 |
| L | ██████ Medical Record | USAO-MA-00030667 | SCJX-000492 |
| M | Ahmed REMS Enrollment 2015.02.04 | USAO-MA-00030575 | AEGR4322182 |
| N | ████████ Medical Record | USAO-MA-00030769 | SCJX-000444 |
| O | ████████ Medical Record | USAO-MA-00032578 | SCJX-000180 |
| P | ████████ Medical Record | USAO-MA-00030953 | SCJX-000368 |
| Q | ██████ - Springfield Clinic Fax to Aegerion/Compass 2015.05.22 | USAO-MA-00030743 | AEGR4344634 |
| R | ████████ - Springfield Clinic Fax to Compass 2015.05.22 | USAO-MA-00031181 | AEGR4344468 |
| S | ████████ - Springfield Clinic Fax to Compass 2015.04.23 | USAO-MA-00031993 | AEGR4338435 |
| T | ████████ - Prairie Cardiovascular Fax to Compass 2015.04.08 | USAO-MA-00030818 | AEGR4335428 |
| U | ████████ - Springfield Clinic Fax to Compass S. Murphy 2015.04.15 | USAO0MA-00031052 | AEGR4336280 |
| V | ██████ - Springfield Clinic Fax to Aegerion Pharma 2015.02.13 | USAO-MA-00030641 | AEGR4323612 |
| W | ████████ - Springfield Clinic Fax to Aegerion Compass 2015.08.07 | USAO-MA-00030837 | AEGR4355666 |
| X | ████████ - Springfield Clinic Fax to Dana Potvin 2015.03.12 | USAO-MA-00031204 | AEGR4329667 |
| Y | BCBS IL Blank Prior Authorization Form | USAO-MA-00004394 | AEGR0567000 |
| Z | ███ Patient Note 2014.02.26 | USAO-MA-00001548 | DLSS-021566 |
| AA | ███ Prescription Authorization 2014.02.28 | USAO-MA-00001516 | DLSS-021534 |
| AB | ███ Statement of Medical Necessity 2014.02.28 | USAO-MA-00001517 | DLSS-021535 |
| AC | ███ Patient Consent Form 2014.02.28 | USAO-MA-00001518 | DLSS-021536 |
| AD | Gough Prescriber Enrollment Form | USAO-MA-00010782 | SBLH000113 |
| AE | ███ SBLH Order 2015.02.26 | USAO-MA-00010770 | SBLH000101 |
| AF | HCSC Fax to Gough re ███ 2014.03.04 | USAO-MA-00010714 | SBLH000045 |
| AG | REMS Program Prescriber Training Module | USAO-MA-00029903 | AEGR0130663 |
| AH | 2014.02.27 Email Moffett to Quinones re ███ | USAO-MA-00010670 | SBLH000001 |
| AI | 2014.03.12 Email Ross Heiney to Moffett re ███ | USAO-MA-00003013 | AEGR0454430 |
| AJ | 2014.03.19 Email Moffett to Quinones re ███ | USAO-MA-00010691 | SBLH000022 |
| AK | 2014.03.19 Email Moffett to Quinones + PA Form Attachment | USAO-MA-00010688 | SBLH000019 |
| AL | 2014.03.24 Email Moffett to Quinones + PA Form Attachment | USAO-MA-00010696 | SBLH000027 |
| AM | 2014.03.24 Email Moffett to Quinones | USAO-MA-00010756 | SBLH000087 |
| AN | ███ Prior Authorization 2014.03.19 | USAO-MA-00001539 | DLSS-021557 |
| AO | ███ Clinical Review 2014.03.21 | USAO-MA-00001540 | DLSS-021558 |
| AP | ███ Compass Notes | USAO-MA-00026632 | AEGR4254081 |
| AQ | █████ Discharge Summary 2014.04.30 | USAO-MA-00017933 | AEGR4112159 |

| | | | |
|---|---|---|---|
| AR | BCBS Prior Authorization 2014.07.14 | USAO-MA-00031942 | DLSS-490792 |
| AS | CVS Claims | USAO-MA-00029672 | CVS/DOJ/007639 |
| AT | 2014.04.30 Text 1 Moffett to Sealscott re | USAO-MA-00000396 | AEGR2469116 |
| AU | 2014.05.01 Text 2 Moffett to Sealscott re | USAO-MA-00000398 | AEGR2469118 |
| AV | 2014.05.07 Text 3 Moffett to Sealscott re | USAO-MA-00000539 | AEGR2469402 |
| AW | Medications List 2014.05.01 | USAO-MA-00003534 | Prairie Cardiovascular Consultants |
| AX | Denial Letter 2014.05.04 | USAO-MA-00028076 | CVS/DOJ/000033 |
| AY | Statement of Medical Necessity 2014.05.01 | USAO-MA-00029864 | DLSS-139617 |
| AZ | Patient Note 2014.06.10 | USAO-MA-00003521 | Praire Cardiovascular Consultants |
| BA | Compass Notes | USAO-MA-00026762 | AEGR4254260 |
| BB | Santarelli Call Recording 2014.05.07 Part 1 | USAO-MA-00032922 | CVS (Patience_enhanced) |
| BC | Santarelli Call Recording 2014.05.07 Part 2 | USAO-MA-00032923 | CVS (RuthTsuda.wav) |
| BD | 2014.05.15 Text Moffett to Sealscott re | USAO-MA-00000435 | AEGR2469155 |
| BE | 2014.05.14 Email Moffett to Fashaw re | USAO-MA-00000073 | AEGR0444299 |
| BF | Aetna Documents | USAO-MA-00026971 | AETNA_USAO_00000276 / AETNA_DOJ000117 |
| BG | Aetna Claims | USAO-MA-00027018 | AETNA_USAO_00000611 |
| BH | Denial Letter - Aetna Fax 2014.05.13 | USAO-MA-00018188 | AEGR4128094 |
| BI | Patient Note 2014.04.02 | USAO-MA-00001571 | DLSS-139923 |
| BJ | Medical Notes and Lab 2014.05.12 | USAO-MA-00001571 | DLSS-139923 |
| BK | Statement of Medical Necessity 2014.05.08 | USAO-MA-00018712 | AEGR4142774 |
| BL | Prescription Authorization 2014.05.08 | USAO-MA-00032908 | DLSS-139939 |
| BM | Patient Notes 2014.05.05 and 2014.06.03 | (1): USAO-MA-00012712 (2): USAO-MA-00012710 (3): USAO-MA-00012716 | Praire Cardiovascular Consultants |
| BN | Compass Notes | USAO-MA-00026724 | AEGR4254180 |
| BO | Appeal Letter - Prairie Cardiovascular Fax to Compass 2014.05.14 | USAO-MA-00018718 | AEGR4142787 |
| BP | Consent Form 2014.05.19 | USAO-MA-00032907 | DLSS-139940 |
| BQ | Goswami REMS Enrollment 2014.05.14 | USAO-MA-00031525 | AEGR4252752 |
| BR | 2014.06.05 Email Moffett to Falla, Fashaw, et al. re | USAO-MA-00015456 | AEGR3484616 |
| BS | 2014.05.22 Email Moffett to Fashaw and Wilson re | USAO-MA-00002871 | AEGR0444293 |
| BT | Medical Record | USAO-MA-00027356 | PCC00462 |
| BU | Patient Notes 2010.11.03 | USAO-MA-00026699 | AEGR4254152 |
| BV | Patient Note 2014.05.07 | USAO-MA-00027365 | PCC00471 |
| BW | Prior Authorization 2014.05.22 | USAO-MA-00028702 | DLSS-140380 |
| BX | AEGR0444293 | USAO-MA-00031527 | DLSS-140384 |
| BY | Denial Letter - Coventry Healthcare 2014.06.05 | USAO-MA-00015876 | AEGR3675898 |
| BZ | Letter of Medical Necessity - Goswami to Coventry Healthcare 2014.05.22 | USAO-MA-00028701 | DLSS-140379 |
| CA | Fax Packet 2014.05.23 | USAO-MA-00027080 | AETNA_USAO_00001484 |
| CB | Appeal Letter - Fax to Fashaw 2014.06.06 | USAO-MA-00026677 | AEGR4254128 |
| CC | Goswami Fax to Covenry Authorization Department re Mariel Lima 2014.06.05 | USAO-MA-00027118 | AETNA-USAO-00001522 |
| CD | 2014.05.20 Text Moffett to Sealscott re | USAO-MA-00000451 | AEGR2469171 |
| CE | Compass Notes | USAO-MA-00026712 | AEGR4254168 |
| CF | Prescription Authorization 2014.05.14 | USAO-MA-00026966 | AETNA_USAO_00000155 |
| CG | CVS Claims | USAO-MA-00028071 | CVS/DOJ/000053 |
| CH | Patient Consent Form 2014.08.05 | USAO-MA-00032909 | DLSS-492411 |
| CI | 2014.08.05 Email Moffett to Joanne O'Donnell re | USAO-MA-00002828 | AEGR0413615 |
| CJ | Patient Note 2015.09.03 | USAO-MA-00027630 | PCC02445 |
| CK | Patient Note 2014.08.04 | USAO-MA-00017415 | PCC00023 |
| CL | Partial Patient Medical Record from Prairie Cardiovascular | USAO-MA-00032912 | DLSS-492414 |
| CM | Lab Results Printed 2014.08.05 | USAO-MA-00032910 | DLSS-492428 |
| CN | Prescription Authorization 2014.09.22 | USAO-MA-00017412 | PCC00020 |
| CO | Statement of Medical Necessity 2014.08.05 | USAO-MA-00031480 | DLSS-492413 |

| | | | |
|---|---|---|---|
| CP | BCBS Prior Authorization 2014.08.05 | USAO-MA-00028703 | DLSS-492424 |
| CQ | Prescription Authorization 2014.08.05 | USAO-MA-00031478 | DLSS-492432 |
| CR | Compass Notes | USAO-MA-00026651 | AEGR4254100 |
| CS | 2014.08.20 Email 1 Moffett to Fashaw re ▮ + Attachment | USAO-MA-00001035 | AEGR4143097 |
| CT | 2014.08.20 Email 2 Moffett to Fashaw re ▮ | USAO-MA-00002921 | AEGR0445073 |
| CU | Patient Note 2014.06.21 | USAO-MA-00002584 | DLSS-493015 |
| CV | Discharge Note 2014.06.27 | USAO-MA-00002587 | DLSS-493018 |
| CW | Patient Note 2014.07.22 | USAO-MA-00014292 | Prairie Cardiovascular Consultants |
| CX | Patient Note 2014.08.20 | USAO-MA-00014288 | Prairie Cardiovascular Consultants |
| CY | Statement of Medical Necessity 2014.08.20 | USAO-MA-00018031 | AEGR4112340 |
| CZ | Prior Authorization 2014.08.20 | USAO-MA-00018014 | AEGR4112323 |
| DA | Prescription Authorization 2014.08.20 | USAO-MA-00032926 | DLSS-493022 |
| DB | Letter of Medical Necessity - Prairie Cardiovascular 2014.08.20 | USAO-MA-00018033 | AEGR4112344 |
| DC | Compass Notes | USAO-MA-00026719 | AEGR4254175 |
| DD | 2014.09.18 Email Moffett to Fashaw re ▮ and | USAO-MA-00002957 | AEGR0445431 |
| DE | 2014.09.19 Email Moffett to Fashaw re ▮ | USAO-MA-00001085 | AEGR4144126 |
| DF | Appeal Letter - Prairie Cardiovascular Fax to Fashaw 2014.09.17 | USAO-MA-00002601 | DLSS-493886 |
| DG | Patient Consent Form 2014.09.10 | USAO-MA-00028674 | DLSS-493879 |
| DH | Statement of Medical Necessity 2014.09.11 | USAO-MA-00028673 | DLSS-493878 |
| DI | Prescription Authorization 2014.09.11 | USAO-MA-00028682 | DLSS-493894 |
| DJ | Prior Authorization 2014.09.11 | USAO-MA-00028675 | DLSS-493880 |
| DK | Letter from Moffett 2014.09.11 | USAO-MA-00030542 | PCC02560 |
| DL | 2014.09.11 Email Moffett to Fashaw re ▮ + Attachment | USAO-MA-00000125 | AEGR0445398 |
| DM | Patient Note 2014.07.08 | USAO-MA-00011397 | Prairie Cardiovascular Consultants |
| DN | Patient Note 2014.08.28 | USAO-MA-00011393 | Prairie Cardiovascular Consultants |
| DO | Patient Note 2014.09.17 | USAO-MA-00011387 | Prairie Cardiovascular Consultants |
| DP | Labs | USAO-MA-00011647 | Prairie Cardiovascular Consultants |
| DQ | Compass Notes | USAO-MA-00026849 | AEGR4254418 |
| DR | Appeal Letter 2014.10.01 Fashaw Santarelli Fax to Prime Therapautics | USAO-MA-00027871 | AEGR4112575 |
| DS | 2014.08.14 Email Alikki Kiniklis to Fashaw and Moffett re | USAO-MA-00018337 | AEGR4140671 |
| DT | 2014.08.14 Email Moffett to Fashaw re ▮ | USAO-MA-00000951 | AEGR4140927 |
| DU | Appeal Letter - Prairie Cardiovascular Fax to Fashaw 2014.08.14 | USAO-MA-00017974 | AEGR4112223 |
| DV | Lab Results and Patient Note 2014.07.28 | USAO-MA-00002569 | DLSS-492643 |
| DW | Humana Claims | USAO-MA-00021457 | H00037 |
| DX | Humana Letter to Mishkel 2015.12.28 | USAO-MA-00017489 | Humana |
| DY | Patient Note 2014.07.28 | USAO-MA-00003985 | Prairie Cardiovascular Consultants |
| DZ | 2014.08.18 Email Moffett to Fashaw and Vester + Approval Letter Attachment | USAO-MA-00002899 | AEGR0445043 |
| EA | Patient Note 2013.10.01 | USAO-MA-00004019 | Prairie Cardiovascular Consultants |
| EB | SGH Discharge Summary 2014.08.11 | USAO-MA-00003951 | Prairie Cardiovascular Consultants |
| EC | Patient Note 2014.08.11 | USAO-MA-00003961 | Prairie Cardiovascular Consultants |
| ED | Prescription Authorization 2014.08.12 | USAO-MA-00029889 | DLSS-492637 |

| | | | | |
|---|---|---|---|---|
| EE | | Statement of Medical Necessity 2014.08.12 | USAO-MA-00029884 | DLSS-492634 |
| EF | | Prior Authorization 2014.08.14 | USAO-MA-00018545 | AEGR4142423 |
| EG | | Prior Authorization 2014.09.11 | USAO-MA-00002561 | DLSS-492635 |
| EH | | Prior Authorization 2015.02.10 | USAO-MA-00021456 | H0090 |
| EI | | Compass Notes | USAO-MA-00026781 | AEGR4254326 |
| EJ | 2015.02.26 Email Moffett to Santarelli and Shelabarger re | | USAO-MA-00003098 | Prairie Cardiovascular Consultants |
| EK | | Patient Note 2014.08.08 | USAO-MA-00003962 | Prairie Cardiovascular Consultants |
| EL | | Patient Note 2014.10.13 | USAO-MA-00003915 | Prairie Cardiovascular Consultants |
| EM | | Patient Note 2015.09.02 | USAO-MA-00027607 | PCC00713 |
| EN | Nallamothu Outlook Calendar 2015.09.08 to 2015.09.23 | | USAO-MA-00027241 | NN_USAO_00000001 |
| EO | Nallamothu REMS Enrollment 2015.09.03 | | USAO-MA-00026629 | AEGR4250372 |
| EP | | Prescription Authorization 2015.09.04 | USAO-MA-00026627 | AEGR4250370 |
| EQ | | Statement of Medical Necessity 2015.09.04 | USAO-MA-00026628 | AEGR4250371 |
| ER | | Compass Notes | USAO-MA-00026607 | AEGR4250350 |
| ES | | Prior Authorization 2015.09.04 | USAO-MA-00026615 | AEGR4250358 |
| ET | | Patient Note 2015.08.19 | USAO-MA-00026611 | AEGR4250354 |
| EU | Mishkel Outlook Calendar 2014.08.13 to 2014.09.17 | | USAO-MA-00025980 | GM_USAO_00000002 |
| EV | Moffett Compensation Record | | USAO-MA-00021459 | AEGR4057923 |
| EW | Mishkel REMS Prescriber Enrollment 2014.03.28 | | USAO-MA-00026363 | AEGR4105550 |
| EX | 2014.09.30 Email Moffett to Goswami et al. + Attachment | | (1): USAO-MA-00025307<br>(2): USAO-MA-00025308 | (1): DHM_USAO_00001056<br>(2): N/A |
| EY | Moffett TMC Employee Appraisal and Training Records | | USAO-MA-00027852 | TMC 156 |
| EZ | Moffett TMC Separation Checklist of Property Recovery | | USAO-MA-00027842 | TMC 146 |
| FA | Moffett TMC Consent Forms | | USAO-MA-00027791 | TMC 095 |
| FB | Moffett Employment Documents | | USAO-MA-00029632 | MOFFETT-00000001 |
| FC | | Patient Notes from Prairie Cardiovascular | (1): USAO-MA-00031461<br>(2): USAO-MA-00031462<br>(3): USAO-MA-00031467<br>(4): USAO-MA-00031487<br>(5): USAO-MA-00031488<br>(6): USAO-MA-00031491 | (1): PCC02471<br>(2): DLSS-544738<br>(3): PCC00092<br>(4): PCC02482<br>(5): PCC02505<br>(6): PCC02481 |
| FD | | Patient Note 2015.10.30 | USAO-MA-00027690 | PCC02505 |
| FE | | Prescription Authorization 2015.03.12 | USAO-MA-00031469 | DLSS-544732 |
| FF | | Statement of Medical Necessity 2015.03.12 | USAO-MA-00031471 | DLSS-544733 |
| FG | - Prairie Cardiovascular Fax to Compass 2015.03.12 | | USAO-MA-00031473 | DLSS-544746 |
| FH | 2014.04.02 Email Elisabeth Conley to Fashaw and Moffett re | | USAO-MA-00002874 | AEGR0444366 |
| FI | 2014.04.02 Email Fashaw to Moffett re | | USAO-MA-00010500 | AEGR2554159 |
| FJ | 2015.01.16 Email Fashaw to Moffett re | | USAO-MA-00019244 | AEGR4147480 |
| FK | - Prime Therapeutics Notice to Mishkel 2015.04.23 | | USAO-MA-00017089 | Prime Therapeutics LLC |
| FL | | BCBS IL Prior Authorization 2014.03.28 | USAO-MA-00031847 | DLSS-022553 |
| FM | | BCBS IL Prior Authorization 2014.04.02 | USAO-MA-00031845 | AEGR_DOCS0352872 |
| FN | | Clinical Review 2014.03.29 | USAO-MA-00017052 | Prime Therapeutics LLC |
| FO | | Compass Notes | USAO-MA-00019574 | AEGR4242924 |
| FP | | Lab Results | (1): USAO-MA-00003461<br>(2): USAO-MA-00003462<br>(3): USAO-MA-00003451 | Prairie Cardiovascular Consultants |
| FQ | | Medical Record | USAO-MA-00003331 | Prairie Cardiovascular Consultants |
| FR | | Patient Note 2014.04.25 | USAO-MA-00003365 | Prairie Cardiovascular Consultants |
| FS | | Prescription Authorization 2014.03.28 | USAO-MA-00026274 | DLSS-022549 |
| FT | | Prior Authorization Fax to Compass 2015.04.22 | USAO-MA-00018003 | AEGR4112288 |

| | | | |
|---|---|---|---|
| FU | ███████████ Statement of Medical Neccessity 2014.03.28 | USAO-MA-00031843 | DLSS-022550 |
| FV | 2015.05.09 Email Moffett to Mishkel re: EMR | USAO-MA-00003057 | Prairie Cardiovascular Consultants |
| FW | Prairie Cardiovascular Fax to John Mulholland re ███████ 2015.09.23 | USAO-MA-00026592 | AEGR4250335 |
| FX | ██████ Appeal Letter to Health Alliance 2015.09.28 | USAO-MA-00027218 | HA_USAO_00000246 |
| FY | ██████ Medical Record | USAO-MA-00027243 | PCC00172 |
| FZ | ███████ Statement of Medical Necessity 2015.09.09 | USAO-MA-00026606 | AEGR4250349 |
| GA | ████████ Health Alliance Records | USAO-MA-00027216 | HA_USAO_00000244 |
| GB | ████████ Prescription Authorization 2015.09.05 | USAO-MA-00026605 | AEGR4250348 |
| GC | 2014.08.19 Email from Rezendes + Playbook Attachment | (1): USAO-HR-00000227<br>(2): USAO-HR-00000228 | (1): AEGR0420262<br>(2): AEGR0420263 |
| GD | 2014.06.03 Rezendes Training Invite + Compass Program Forms and Overview Attachments (2) | (1): USAO-HR-00001936<br>(2): USAO-HR-00001939<br>(3): USAO-HR-00001941 | (1): AEGR2899266<br>(2): AEGR2899268<br>(3): AEGR2899271 |
| GE | 2014.04.10 Email from Rezendes + CEM Onboarding Attachment | (1): USAO-HR-00002076<br>(2): USAO-HR-00002081 | (1): AEGR3481410<br>(2): AEGR3481415 |
| GF | 2015.04.02 Email from Rezendes + Compass Alignment Changes for West Attachment | (1): USAO-HR-00008051<br>(2): USAO-HR-00008052 | (1): AEGR4230200<br>(2): AEGR4230201 |
| GG | 2014.08.08 Email Santarelli to Mofffett re ██████ | USAO-MA-00001427 | AEGR4246967 |
| GH | 2014.07.23 Email Moffett to Fashaw and Santarelli re Carol Welton | USAO-MA-00000052 | AEGR0444220 |
| GI | ████████ - Springfield Clinic Fax to HAMP 2015.05.22 | USAO-MA-00031800 | HA_USAO_00000132 |
| GJ | ████████ - Springfield Clinic Fax to Theresa Hull RN Aegerion Events 2015.06.05 | USAO-MA-00030658 | AEGR4347078 |
| GK | ██████ - Springfield Clinic Letter to Health Alliance Medical Plan 2015.07.08 | USAO-MA-00030553 | Health Alliance Medical Plans, Inc. |
| GL | ████████ - Springfield Clinic Letter to Illinois Department 2015.07.20 | USAO-MA-00030556 | Health Alliance Medical Plans, Inc. |
| GM | Juxtapid FDA Label 1 - 2014.02 | USAO-MA-00033047 | FDA |
| GN | Juxtapid FDA Label 2 - 2014.08 | USAO-MA-00033048 | FDA |
| GO | Juxtapid FDA Label 3 - 2015.04 | USAO-MA-00033126 | FDA |
| GP | Moffett Compliance Certificate Falcon Letter 2014.02.27 | USAO-MA-00032697 | AEGR3515842 |
| GQ | 2014.05.29 Email from Whipple + New Hire Compliance Training Attachment | (1): USAO-MA-00010579<br>(2): USAO-MA-00010580 | (1): AEGR2880450<br>(2): AEGR2880451 |
| GR | 2014.06.13 Email Whipple to Schneider + Module Attachment | (1): USAO-MA-00028896<br>(2): USAO-MA-00028897 | (1): AEGR2000830<br>(2): AEGR2000831 |
| GS | 2014.07.08 Email Craig Fraser to Whipple | USAO-MA-00027870 | AEGR0634281 |
| GT | 2014.10.27 Email from Rezendes + 2014 Compliance Training Attachment | (1-2): USAO-MA-00032657 | (1): AEGR2498433<br>(2): AEGR2498434 |
| GU | Prairie Cardiovascular Fax to Fashaw re ███████ 2015.01.14 | USAO-MA-00027973 | AEGR4249559 |
| GV | Whipple Memo 2015.02.03 | USAO-MA-00032692 | AEGR4249554 |
| GW | 2014.05.02 Email from Whipple + Dallas POA Agenda Attachment | USAO-MA-00002072 | AEGR0133121 |
| GX | 2015.01.16 Email from Whipple + Compliance Training Attachments | USAO-MA-00010573 | AEGR2917891 |
| GY | 2015.01.16 Email from Whipple Compliance Training 1 | USAO-MA-00010574 | AEGR2917892 |
| GZ | 2015.01.16 Email from Whipple Compliance Training 2 | USAO-MA-00010575 | AEGR2917893 |
| HA | 2015.01.16 Email from Whipple Compliance Training 3 | USAO-MA-00010576 | AEGR2917894 |
| HB | 2015.01.16 Email from Whipple Compliance Training 4 | USAO-MA-00010577 | AEGR2917895 |
| HC | 2015.01.16 Email from Whipple Compliance Training 5 | USAO-MA-00010578 | AEGR2917896 |
| HD | 2014.01.24 Email Sealscott to Central Sales Team + Field Directory Attachment | (1): USAO-MA-00002304<br>(2): USAO-MA-00002305 | (1): AEGR0134831<br>(2): AEGR0123292 |
| HE | 2014.02.21 Email from Sealscott + Module Attachments | USAO-MA-00008682 | AEGR1669432 |
| HF | 2014.02.21 Email from Sealscott Module Attachment 1 | USAO-MA-00008683 | AEGR1669433 |
| HG | 2014.02.21 Email from Sealscott Module Attachment 2 | USAO-MA-00008687 | AEGR1669437 |
| HH | 2014.02.21 Email from Sealscott Module Attachment 3 | USAO-MA-00008688 | AEGR1669438 |

| HI | 2014.02.21 Email from Sealscott Module Attachment 4 | USAO-MA-00008689 | AEGR1669439 |
|---|---|---|---|
| HJ | 2014.04.09 Email From Rezendes + Training Module Attachment | (1): USAO-HR-00002177 (2): USAO-HR-00002246 | (1): AEGR3779434 (2): AEGR3779503 |
| HK | 2014.01.14 Email from Whipple + Commercial New Hire Training Attachment | USAO-MA-00004398 USAO-MA-00044400 | AEGR0589815 AEGR0589816 |
| HL | 2014.09.18 Email from Whipple + Form Attachments | USAO-MA-00028781 | AEGR0480232 |
| HM | 2014.09.03 Email from Sealscott + IC Plan Attachment | (1): USAO-MA-00009025 (2): USAO-MA-00009026 | (1): AEGR1672055 (2): AEGR1672056 |
| HN | 2015.02.23 Email Mendy Ringer to Brad Hasna et al. + Attachments | (1): USAO-MA-00008994 (2): USAO-MA-00008996 | (1): AEGR1671659 (2): AEGR1671661 |
| HO | 2015.05.15 Email Sealscott to Andy Leninger et al. + IC Plan Attachment | (1): USAO-MA-00009097 - (2): USAO-MA-00009099 | (1): AEGR1676170 (2): AEGR1676172 |
| HP | 2015.01.20 Email from Whipple + Global Sales Meeting US Compliance Training January 2015 | (1): USAO-MA-00029040 (2): USAO-MA-00029041 | (1): AEGR2320421 (2): AEGR2320422 |
| HQ | Whipple Calendar | USAO-MA-00029201 | AEGR2920325 |
| HR | Field Incentive Compensation Plan 2014 | USAO-MA-00002310 | AEGR0134842 |
| HS | 2015.05.15 Email Sealscott to Moffett + Letter Attachment | USAO-MA-00009631 | AEGR2316844 |
| HT | Medical Record | USAO-MA-00014288 | Prairie Cardiovascular Consultants |
| HU | Medical Record | USAO-MA-00011362 | Prairie Cardiovascular Consultants |
| HV | Medical Record | USAO-MA-00017974 | AEGR4112223 |
| HW | Medical Record part 1 | USAO-MA-00010766 | SBLH000097 |
| HX | Medical Record part 2 | USAO-MA-00010868 | SBLH000193 |
| HY | Medical Record | USAO-MA-00003474 | Prairie Cardiovascular Consultants |
| HZ | Medical Record | USAO-MA-00012679 | Prairie Cardiovascular Consultants |
| IA | Medical Record | USAO-MA-00027510 | PCC00616 |
| IB | Medical Record Part 1 | USAO-MA-00017406 | PCC00014 |
| IC | Medical Record Part 2 | USAO-MA-00027616 | PCC02431 |
| ID | Blank Original Rx | USAO-MA-00032924 | AEGR0016786 |
| IE | Blank Revised RX | USAO-MA-00032925 | AEGR4151257 |
| IF | 2015.02.09 Amir Cheema Letter to Mishkel re | USAO-MA-00003884 | Prairie Cardiovascular Consultants |
| IG | Patient Note 2015.02.09 | USAO-MA-00003879 | Prairie Cardiovascular Consultants |
| IH | Prior Authorization Summary 2015.02.05 | USAO-MA-00020781 | H1380 |
| II | - Fashaw Santarelli Fax to Humana Appeals Department 2014.08.15 | USAO-MA-00017955 | AEGR4112204 |
| IJ | 2014.08.14 Email Fashaw to Nancy Wilson + Humana Appeal Packet Attachment | USAO-MA-00018542 | AEGR4142420 |
| IK | 2015.01.28 Email Moffet to Nallamothu et al. + Patient Info Attachments | USAO-MA-00026227 | SCJX-000052 |
| IL | Statement of Medical Necessity 2015.09.04 | USAO-MA-00031698 | AEGR4250318 |
| IM | Prescription Authorization 2015.09.04 | USAO-MA-00031696 | AEGR4250317 |
| IN | BCBS IL Juxtapid Criteria | USAO-MA-00033258 | HCSC 000166 |
| IO | CVS Exception Review Guideline | USAO-MA-00029670 | CVS/DOJ/007640 |
| IP | Humana Juxtapid Coverage Policy | USAO-MA-00018372 | AEGR4140931 |
| IQ | Humana Internal Notes and Emails re Roy | USAO-MA-00028095 | Humana |
| IR | Fax Topics and Documents Received by Coventry HealthCare (1) | USAO-MA-00026894 | COVENTRY_DOJ000055 / AETNA_USAO_00000083 |
| IS | Fax Topics and Documenets Received by Coventry HealthCare (2) | USAO-MA-00027066 | AETNA_USAO_00001459 |
| IT | Humana Denial 2015.02.06 | USAO-MA-00004363 | DLSS-540861 |
| IU | Humana Prior Authorization 2018.01.05 | USAO-MA-00017490 | Humana |
| IV | Humana Prior Authorization 2015.03.06 | USAO-MA-00020871 | H1302 |
| IW | Humana Prior Authorization 2014.08.14 | USAO-MA-00020750 | H1419 |
| IX | 2014.03.25 Email Moffett to Dana Potvin, Melissa Vester and Sealscott re | USAO-MA-00000756 | AEGR3511977 |

| | | | |
|---|---|---|---|
| IY | 2014.05.15 Email Moffett to Falla and Fashaw re ▮ | USAO-MA-00000072 | AEGR0444298 |
| IZ | 2014.05.09 Email Moffett to Falla and Fashaw re ▮ | USAO-MA-00000038 | AEGR0410385 |
| JA | 2014.05.12 Text 1 Moffett to Sealscott re ▮ | USAO-MA-00000427 | AEGR2469147 |
| JB | 2014.05.12 Text 2 Moffett to Sealscott re ▮ | USAO-MA-00000661 | AEGR3369018 |
| JC | 2014.05.12 Text 3 Moffett to Sealscott re ▮ | USAO-MA-00000666 | AEGR3369023 |
| JD | 2014.05.27 Email Moffett to Fashaw re ▮ | USAO-MA-00001015 | AEGR4141766 |
| JE | 2014.06.06 Email Moffett to Fashaw re ▮ | USAO-MA-00000990 | AEGR4141594 |
| JF | 2014.08.05 Email Moffett to Joanne O'Donnell re ▮ | USAO-MA-00002839 | AEGR0415239 |
| JG | 2014.08.06 Email Moffett to Falla and Sealscott re ▮ | USAO-MA-00002827 | AEGR0413607 |
| JH | 2014.09.11 Email Moffett to Fashaw re ▮ | USAO-MA-00002946 | AEGR0445394 |
| JI | 2014.08.13 Email Moffett to Fashaw re ▮ | USAO-MA-00002875 | AEGR0444706 |
| JJ | 2014.07.16 Email Moffett to Fashaw re ▮ | USAO-MA-00002885 | AEGR0444717 |
| JK | 2014.07.08 Email Moffett to Fashaw re ▮ | USAO-MA-00002887 | AEGR0444720 |
| JL | 2014.03.10 Text Moffett to Sealscott re Fax | USAO-MA-00000242 | AEGR2468962 |
| JM | 2014.03.24 Text Moffett to Sealscott re Fax | USAO-MA-00000298 | AEGR2469018 |
| JN | 2014.04.01 Email Moffett to Dana Potvin re ▮ | USAO-MA-00000924 | AEGR4128390 |
| JO | 2014.04.02 Email Moffett to Fashaw re ▮ | USAO-MA-00002874 | AEGR0444366 |
| JP | 2014.07.29 Email Fashaw to Moffett and Melissa Vester re ▮ | USAO-MA-00000964 | AEGR4141070 |
| JQ | 2014.07.30 Email Moffett to Fashaw re ▮ | USAO-MA-00000963 | AEGR4141062 |
| JR | 2014.06.26 Email Moffett to Fashaw re ▮ | USAO-MA-00000974 | AEGR4141358 |
| JS | 2014.06.10 Email Moffett to Fashaw re ▮ | USAO-MA-00000985 | AEGR4141504 |
| JT | 2014.06.03 Email Moffett to Fashaw re Documentation | USAO-MA-00000996 | AEGR4141700 |
| JU | 2014.05.28 Email Moffett to Fashaw re Mary Hipsher | USAO-MA-00001011 | AEGR4141749 |
| JV | 2014.04.11 Email Moffett to Melissa Vester and Fashaw re ▮ | USAO-MA-00001025 | AEGR4142112 |
| JW | 2014.10.06 Email Moffett to Fashaw re ▮ | USAO-MA-00001123 | AEGR4144997 |
| JX | 2014.07.14 Email Moffett to Fashaw re ▮ | USAO-MA-00002886 | AEGR0444718 |
| JY | 2014.11.02 Email Moffett to Fashaw and Alikki Kiniklis | USAO-MA-00002844 | AEGR0415765 |
| JZ | 2014.03.28 Email Moffett to Dana Potvin re ▮ | USAO-MA-00001409 | AEGR4243865 |
| KA | 2014.03.01 Email Christopher DeSimone + BCBS PA Form Attachments | USAO-MA-00004392 | AEGR0566998 |
| KB | 2014.04.01 Email Moffett to Dana Potvin re ▮ | USAO-MA-00001407 | AEGR4243863 |
| KC | Moffett 2014 Paystub 2014.12.31 | USAO-MA-00033236 | AEGR4375343 |
| KD | Moffett Incentive Compensation Record | USAO-MA-00033239 | AEGR4375346 |
| KE | Moffett W-2 Forms | USAO-MA-00033240 | AEGR4375349 |
| KF | Ahmed Image 1 | USAO-MA-00030571 | Facebook |
| KG | Ahmed Image 2 | USAO-MA-00030573 | Facebook |
| KH | Ahmed Image 3 | USAO-MA-00033290 | Facebook |
| KI | Ahmed Image 4 | USAO-MA-00033291 | Facebook |
| KJ | 2014.08.20 Email Moffett to Fashaw re ▮ | USAO-MA-00002922 | AEGR0445074 |
| KK | CVS Call - Prior Authorization 2014.05.02 | USAO-MA-00028069 | CVS (entrose.wav) |
| KL | CVS Coverage Determination Denial 2014.05.04 | USAO-MA-00028082 | CVS/DOJ/000039 |
| KM | ▮ Silverscript Notice of Denial 2014.05.04 | USAO-MA-00028076 | CVS/DOJ/000033 |
| KN | ▮ Caremark RxClaim Screenshots | USAO-MA-00028084 | CVS/DOJ/000041 |
| KO | Prime Therapeutics Medicare Part D Patients | USAO-MA-00019204 | AEGR4145365 |
| KP | ▮ BCBS IL Claim Payments | USAO-MA-00015433 | HCSC 000024 |
| KQ | Moffett Certificate of Training | USAO-MA-00034634 | AEGR4375735 |
| KR | Aegerion Patient Returns | USAO-MA-00034633 | AEGR4375734 |
| KS | Blank Statement of Medical Necessity | USAO-MA-00028234 | AEGR0480233 |
| KT | Moffett Email Subscriber Activity | USAO-MA-00033314 | Yahoo/Oath |
| KU | Coventry-Lima Call Recording 1 | USAO-MA-00035148 | COVENTRY_DOJ146 |
| KV | Coventry-Lima Call Recording 2 | USAO-MA-00035149 | COVENTRY_DOJ147 |
| KW | Coventry-Lima Call Recording 3 | USAO-MA-00035150 | COVENTRY_DOJ148 |
| KX | ▮ 2014.06.05 Lima Fax | USAO-MA-00027091 | AETNA_USAO_00001495 |