UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1 18-10249-WGY |
| ) | |
| MARK T. MOFFETT ) | |

**Defendant's List Of Potential Witnesses**

Defendant Mark T. Moffett may call one or more of the witnesses listed by the government. In addition, Mr. Moffett may call the witnesses listed below. Mr. Moffett reserves the right to supplement this list up to the close of evidence.

| | |
|---|---|
| Thomas Cahill, MD | O'Fallon, IL |
| Holly Novak, MD | Springfield, IL |
| Melissa Knoles | Sherman, IL |
| Jennifer Law | Springfield, IL |
| Jill Westfall | Springfield, IL |
| Terri Williams | Springfield, IL |

MARK T. MOFFETT,
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 27, 2019.

/s/ *E. Peter Parker*
E. Peter Parker