UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-mj-07187-JCB |
| | ) | |
| MARK T. MOFFETT | ) | |

**Defendant's List Of Potential Exhibits**

Defendant Mark T. Moffett may offer during his case in chief one or more of the exhibits identified by the government in its exhibit list. Mr. Moffett may also offer the following exhibits and reserves the right to supplement this list up to the close of evidence.

1. Email Sealscott to Retzer, et al., 5/30/14 re: Sample appeal letter
   USAO-MA-00002236

2. Email Fashaw to Wilson, et al., 6/5/14 re: First Health Part D (Coventry)
   USAO-MA-000015875

3. Email Moffett to Falla, et al., 6/5/14 re: copy of letter in support of patient tt
   USAO-MA-00000991

4. Email Falla to Moffett, et al., 6/6/14 re: copy of letter in support of patient tt
   USAO-MA-000015456

5. Email Moffett to Sealscott, 6/6/14 re: sample appeal letter
   USAO-MA-00000763

6. Email Moffett to Fashaw, 6/6/14 re: appeal process for Pts MH & TT
   USAO-MA-00000990

7. Email Moffett to Fashaw, 6/6/14 re: appeal process for Pts MH & TT
   USAO-MA-00000989

8. Email Fashaw to Moffett, 6/6/14 re: appeal process for Pts MH & TT
   USAO-MA-00018639

9. Email Fashaw to Moffett, 6/11/14 re: Peer to Peer info for Pt TT
   USAO-MA-00018615

10. Email Moffett to Aker, 1/27/14 re: Do a couple of patients come to mind Dr. Aker?
    USAO-MA-00025956

11. Email Moffett to Aker, 1/27/14 re: Do a couple of patients come to mind Dr. J?
    USAO-MA-00025769

12. Email Eric Curtis to US Commercial, et al., 11/25/14 re: Important Message From Eric

13. Email Frigge to Ringer, et al., 5/1/15 re: Ambassador program Springfield IL 4/23/15
    USAO-MA-00024163

14. Aegerion article, "Homozygous Familial Hypercholesterolemia"
    USAO-MA-00025844

15. Email Sealscott to Ringer, et al., 3/3/15 re: M.D. MOA Conversation
    USAO-MA-00024357

16. Email Moffett to Gifford, 5/27/14 re: Patient LO
    USAO-MA-00025276

17. Email Moffett to Fashaw et al., 6/21/14 re: Patient BW
    USAO-MA-00000152

18. Email Curtis to Gambino, et al., 2/26/15 re: No hoofs patient left behind
    USAO-MA-00017802

19. Email Sealscott to Moffett, 5/25/14, re: Tomorrow's agenda
    USAO-MA-00015713

20. Aegerion Brochure, "Starting Your HoFH Patient on Juxtapid," 2014

21. Juxtapid MOA Brochure 2013, with label insert, revised 8/2014

22. Email Sealscott to Napolean, et al., 1/15/14, re: Patient Onboarding Breakfast in Miami
    USAO-MA-00024413

23. Email Sealscott to Retzer, et al., 5/2/14, re: See you in Dallas Dream Team!
    USAO-MA-00008888

24. Email Sealscott to Retzer, et al., 4/7/14, re: Onboarding Best Practices process
    USAO-MA-00002246

25. Email Sealscott to Dietrich, et al., 2/18/14, re: Fwd New article shows increased prevalence of HeFH
    USAO-MA-00016930

26. Email Moffett to Sealscott, 6/6/14, re: sample appeal letter
    USAO-MA-00000763

27. Texts Moffett - Sealscott , USAO-MA-00000286-287

28. Texts Moffett - Sealscott , USAO-MA-00000289, 294-298

29. Texts Moffett - Sealscott , USAO-MA-00000385, 396, 398-400, 403, 405

30. Texts Moffett - Sealscott , USAO-MA-00000328, 367-373, 407

31. Texts Moffett - Sealscott , USAO-MA-00000414-417, 420, 451, 495-498

32. Texts Moffett - Sealscott , USAO-MA-00000435, 437

33. Texts Moffett - Sealscott , USAO-MA-00000500-505

        MARK T. MOFFETT,
        By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 27, 2019.

/s/ *E. Peter Parker*
E. Peter Parker